RECEIVED

FEB 14 2024

TONY R MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | 5:24-cr-00020-01 |
| VERSUS | * | Judge Foote |
| | * | Magistrate Judge Hornsby |
| KELVIN GREER | * | |

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT 1**
**Possession of Firearms by a Convicted Felon**
**[18 U.S.C. § 922(g)(1)]**

On or about November 20, 2023, in the Western District of Louisiana, the defendant, **Kelvin Greer**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce firearms, to wit:

(1) a Glock pistol, Model: 19 Gen 5, Caliber: 9 x 19;

(2) a Double R Armory pistol, Model: RR2, Caliber: Multi;

(3) a Lorcin pistol; Model: L380; Caliber: .380; and

(4) ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1). [18 U.S.C. § 922(g)(1)].

**COUNT 2**
**Illegal Possession of a Machine Gun**
**[18 U.S.C. § 922(o)]**

On or about November 20, 2023, in the Western District of Louisiana, the defendant, **Kelvin Greer,** did knowingly possess a machine gun, that is, a Glock Gen 5 pistol; Model: 19; Caliber: 9 x 19, equipped with a conversion device, in violation of Title 18, United States Code, Section 922(o). [18 U.S.C. § 922(o)].

**FORFEITURE NOTICE**

A.  The allegations in Counts 1-2 are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

B.  Upon conviction of the firearm offenses alleged in Counts 1-2 set forth above in this Indictment, the defendant, **Kelvin Greer** shall forfeit to the United States the following items seized by law enforcement officers:

   (1) a Glock pistol, Model: 19 Gen 5, Caliber: 9 x 19;

   (2) a Double R Armory pistol, Model: RR2, Caliber: Multi;

   (3) a Lorcin pistol; Model: L380; Caliber: .380; and

   (4) ammunition.

C.  By virtue of the offense charged in this Indictment, any and all interest in the above-described property is vested in the United States and is forfeited to the United States pursuant to the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 924(d), and Title 26, United States Code, Section 5872.

All in accordance with Rule 32.2(a) of the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 924(d) and Title 26, United States Code, Section 5872.

A TRUE BILL

BRANDON B. BROWN
United States Attorney

REDACTED

GRAND JURY FOREPERSON

*/s/ J. Aaron Crawford*

J. Aaron Crawford, LA Bar #31682
Assistant United States Attorney
300 Fannin Street, Suite 3021
Shreveport, Louisiana 71101
(318) 676-3600